**Ben Howard SMITH, Plaintiff—Appellant,**

v.

**Bob ATKINSON; Linda G. Walters, Defendants—Appellees,**

**and**

**Percy B. Harvin; L. Keith Josey, Jr.; Ronnie Stewart, all in their individual and official capacity; Joseph K. Coffy, Defendants.**

No. 10-2376.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

---

* This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Ben Howard Smith, Appellant Pro Se. Kelly M. Jolley, McNair Law Firm, PA, Hilton Head, South Carolina, for Appellees.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ben Howard Smith appeals the district court's order dismissing two defendants in his civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*